IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02770-LTB

BERNARD KENNETH RIVERS, JR.-EL,

      Plaintiff,

v.

TOWN OF WINDSOR,
MAGISTRATE JUDGE MICHAEL MANNING, and
KIMBERLY A. EMIL,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's "Amended Motion to Alter or Amend Judgment Pursuant to Rule 59(e) and Rule 60(b)" (Doc. # 12) is DENIED for the reasons set forth in the Court's December 20, 2011, Order Denying Motion to Reconsider.

      Dated:  December 21, 2011